UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HOPE QUAINTANCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 4:16-CV-1326-DDN |
| | ) |
| CITY OF COLUMBIA – COMO CONNECT, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on review of plaintiff's motion for leave to commence this action without payment of the required filing fee [Doc. 2]. *See* 28 U.S.C. § 1915(a).

The Court is unable to determine if plaintiff is financially unable to pay the filing fee at this time, because she has submitted a partially-completed financial affidavit CJA Form 23 in support of her application for in forma pauperis status [Doc. 3]. Plaintiff has failed to state whether she has other sources of income, whether she has any cash on hand or money in a savings or checking account, and if he does, the total amount of said account(s), and whether she has any other property. For these reasons, plaintiff will be instructed to file a fully-completed CJA Form 23 (financial affidavit). *See* 28 U.S.C. § 1915(a), Local Rule 2.05(A).

In accordance with the foregoing,

**IT IS HEREBY ORDERED** that plaintiff shall have thirty (30) days from the date of this order to pay the statutory filing fee in this case or to submit a fully-completed CJA Form 23 (financial affidavit).

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this order, the Court may dismiss this action, without prejudice and without further notice.

/s/ David D. Noce<br>**UNITED STATES MAGISTRATE JUDGE**

Signed on September 12, 2016.